# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| JOHN EDWARD SCHNEIDER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV410-017 |
| STATE OF GEORGIA, et al., | ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

This John Edward Schneider case is subject to the same disposition as that set forth in the companion Report and Recommendation issued this day in *Schneider v. Hope*, CV410-015 (S.D. Ga. Filed Apr. 28, 2010). Accordingly, Schneider's motion to proceed without prepayment of fees (doc. 2) is **DENIED,** and his case should be **DISMISSED** without prejudice. If plaintiff wishes to proceed with the claims raised in this suit, he must file a new complaint accompanied by the full $350.00 filing fee. Plaintiff is cautioned that if he continues to bring civil actions in this Court without tendering the required $350 filing fee, he may be subject to

sanctions, including contempt citations or prohibitions on filing *any* cases in this Court. *Barbour v. U.S. Code 2403(a)*, CV410-077 doc. 6 (S.D. Ga. Apr. 5, 2010).

**SO REPORTED AND RECOMMENDED** this 28th day of April, 2010.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA