FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 JUN 28 AM 9: 15

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

JOHN EDMUND SCHNEIDER, )
 )
    Plaintiff, )
 )
v. ) CASE NO. CV410-017
 )
STATE OF GEORGIA, CITY OF )
HINESVILLE, LIBERTY COUNTY )
SHERIFFS DEPARTMENT, SHERIFF DON )
MARTIN, CHIEF OF POLICE KEITH )
MORGAN, BRUCE DUNCAN, Captain of )
Liberty County Jail, JEFFER S. )
HEIN, Liberty County Detective, )
WILLIAM O. COX, Public Defender )
for the Atlantic Judicial )
Circuit, STATE OF GEORGIA OFFICE )
OF PUBLIC DEFENSE, and UNKNOWN )
MAGISTRATES OF LIBERTY COUNTY )
COURTS, individually and in their )
official capacity, )
 )
    Defendants. )
 )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 4), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case and Plaintiff's complaint is **DISMISSED**. Accordingly, the **Clerk of Court** is **DIRECTED** to **close this case**

SO ORDERED this 28th day of June 2010.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA